HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ANDREW WONG, Bar #308269
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare St. Ste. 330
Fresno, CA 93721
Telephone: 559-487-5561
Fax: 559-487-5950

Attorney for Defendant
NANCY M. LARA-REGIL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-po-00028 SAB |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE/CHANGE OF PLEA; ORDER** |
| vs. | |
| NANCY M. LARA-REGIL, | Date: August 16, 2018<br>Time: 10:00 a.m.<br>Judge: Hon. Stanley A. Boone |
| *Defendant*. | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Michael Tierney, counsel for the plaintiff, and Assistant Federal Defender Andrew Wong, counsel for defendant Nancy M. Lara-Regil, that the status conference/change of plea be continued to August 16, 2018, at 10:00 a.m.

The parties have agreed to the terms of a resolution, however, a written plea agreement has not been prepared and defense counsel has not yet had an opportunity to review the written agreement with Ms. Lara-Regil.

///

///

///

///

///

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: June 20, 2018          */s/ Michael Tierney*
                              MICHAEL TIERNEY
                              Assistant United States Attorney
                              Attorney for Plaintiff


                              HEATHER E. WILLIAMS
                              Federal Defender

Date: June 20, 2018          */s/ Andrew Wong*
                              ANDREW WONG
                              Assistant Federal Defender
                              Attorney for Defendant
                              NANCY M. LARA-REGIL


## **O R D E R**

**IT IS SO ORDERED.** A status conference/change of plea is hereby continued to August 16, 2018 at 10:00 a.m. The defendant is ordered to appear at that date and time.

IT IS SO ORDERED.

Dated: __**June 20, 2018**__

_____
UNITED STATES MAGISTRATE JUDGE