# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-po-00028-SAB |
| Plaintiff, | **DEFENDANT'S STATUS REPORT ON** |
| v. | **UNSUPERVISED PROBATION** |
| NANCY LARA-REGIL, | |
| Defendant. | |

PURSUANT to an order of this Court the Defendant hereby submits her status report on unsupervised probation:

| | |
|---|---|
| **Convicted of:** | Possession of a controlled substance, in violation of 36 C.F.R. § 2.35(b)(2) |
| **Sentence Date:** | August 16, 2018 |
| **Review Hearing Date:** | August 1, 2019 |
| **Probation Expires On:** | August 16, 2019 |

## *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $530.00 ($500 fine + $30 processing fee)

## *COMPLIANCE:*

☒ Defendant has complied with and completed <u>all</u> conditions of probation described above.

## *GOVERNMENT POSITION:*

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:

DATED: July 18, 2019         */s/ Jeffrey Spivak*
                             Jeffrey Spivak
                             Assistant United States Attorney

*DEFENDANT'S REQUEST:*

In light of the information detailed in this status report, the defendant requests that the review hearing set for 8/1/2019 at 10:00 a.m.

- ☐ be continued to _____ at 10:00 a.m.; or
- ☒ be vacated.

DATED: July 18, 2019
            */s/ Matthew Lemke*
            Assistant Federal Defender
            Counsel for Nancy Lara-Regil

## O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

- ☒ GRANTED. The Court orders that the Review Hearing set for August 1, 2018 at 10 a.m. be vacated
- ☐ DENIED.

IT IS SO ORDERED.

Dated: **July 19, 2019**

_____
UNITED STATES MAGISTRATE JUDGE