| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664 |
| | Federal Defender |
| 2 | MATTHEW LEMKE, D.C. Bar #1023347 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
| | NANCY LARA REGIL |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | Case No. 1:18-po-00028-SAB |
| Plaintiff, | | **UNOPPOSED MOTION TO DISMISS; ORDER** |
| vs. | | |
| NANCY LARA REGIL, | | |
| Defendant. | | |

Defendant Nancy Lara Regil hereby files this motion to dismiss pursuant to 18 U.S.C. § 3607(a). The Government does not oppose this request.

On August 16, 2018, Ms. Lara Regil pled guilty to possession of a controlled substance in violation of 36 CFR § 2.35(b)(2). Pursuant to the agreement of the parties, the Court granted Ms. Lara Regil a deferred entry of judgment under 18 U.S.C. § 3607(a). On July 22, 2019, the Court vacated Ms. Lara Regil's review hearing because she had fully complied with the terms of her probation. Ms. Lara Regil's probation expired on August 16, 2019.

Under 18 U.S.C. § 3607(a), "[a]t the expiration of the term of probation, if the person has not violated a condition of [her] probation, the court shall, without entering a judgment of conviction, dismiss the proceedings against the person and discharge [her] from probation." Here, Ms. Lara Regil's term of probation has expired, and she did not violate any condition of her probation. Accordingly, Ms. Lara Regil requests that the Court, without entering a judgment of

conviction, dismiss the proceedings.

HEATHER E. WILLIAMS
Federal Defender

Date: September 27, 2019          */s/ Matthew Lemke*
                                  MATTHEW LEMKE
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  NANCY LARA REGIL


**O R D E R**

Pursuant to 18 U.S.C. § 3607(a), the Court hereby dismisses the proceedings against Ms. Lara Regil in *United States v. Lara Regil*, Case No. 1:18-po-00028-SAB.


IT IS SO ORDERED.

Dated:   **September 27, 2019**

UNITED STATES MAGISTRATE JUDGE